# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br> vs.<br><br>CSK AUTO, INC., et al,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 10-0677 LJO SKO<br><br>**ORDER TO ADDRESS FAILURE TO DISMISS ACTION** |

  Plaintiff filed an October 19, 2010 notice that this action had settled and that a "dismissal will be forthcoming expeditiously." An October 19, 2010 minute order required dismissal documents within 21 days. The parties have represented to this Court that dismissal papers will be filed imminently. The parties have disobeyed the minute order and failed to dismiss this action diligently as ordered.

  On the basis of good cause, this Court ORDERS the parties, no later than December 3, 2010, to file papers to either: (1) show good cause why this Court should not impose sanctions against the parties and/or their counsel for failure to dismiss this action diligently; or (2) to dismiss this action in its entirety and to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules in this and in any other action in which they appear before this Court.

  IT IS SO ORDERED.

**Dated: December 1, 2010**      /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE