Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CSK AUTO, INC., et al.,<br><br>　　　　Defendants. | No.  1:10-CV-00677-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant CSK Auto, Inc., dba Kragen Auto Parts and Defendant KM Fresno Investors, the parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Dated: December 1, 2010　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Delgado v. CSK Auto, Inc., et al.*
Stipulation for Dismissal

Page 1

Date: December 1, 2010 HEINZ & FEINBERG

/s/ Jean M. Heinz
Jean M. Heinz, Attorneys for
Defendant KM Fresno Investors, LLC

Dated: December 1, 2010 /s/ Eugene J. Han
Eugene J. Han, Attorney for Defendant
CSK Auto, Inc., dba Kragen Auto
Parts #1225

**ORDER**

The parties having so stipulated,

The Clerk of the Court is directed to close this action in its entirety.

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: December 1, 2010 _/s/ Lawrence J. O'Neill_____
United States District Court Judge

*Delgado v. CSK Auto, Inc., et al.*
Stipulation for Dismissal

Page 2